Before the Third Division, October 10, 1960

No. 64681.—Wm. A. Hausman Co., Inc., et al. *v.* United States, protests 294235–K, etc. (Seattle).

Opinion by Donlon, J.   In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiffs was sustained.